UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

MAYA HAYUK,                                        :
                                                   :
                              Plaintiff,           :        Case No: 15-cv-04887 (LTS) (HBP)
                                                   :
                  v.                               :
                                                   :
STARBUCKS CORPORATION and                          :
72ANDSUNNY PARTNERS, LLC,                           :
                                                   :
                              Defendants.          :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### DECLARATION OF ANDREW D. JACOBS IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS

I, Andrew D. Jacobs, declare under penalty of perjury that the following is true and correct:

1.      I am an associate at Frankfurt Kurnit Klein & Selz P.C., attorneys for defendants Starbucks Corporation and 72andSunny Partners, LLC (collectively, the "Defendants") in this action. I submit this declaration along with the accompanying reply memorandum of law in further support of Defendants' motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

2.      Attached hereto as **Exhibit A** is a true and correct copy of a chart displaying the comparisons plaintiff Maya Hayuk made of her works to defendants' works in the Complaint and Demand for Jury Trial and Hayuk's memorandum of law in opposition to Defendants' motion to dismiss.

Dated: New York, New York
       September 10, 2015

                                          /s/ Andrew D. Jacobs
                                         Andrew D. Jacobs

# Exhibit A to the Declaration of Andrew D. Jacobs

## Starbucks Works

| Hayuk Works | Mini Frappuccino Cup | Starbucks.com - US & Canada | Starbucks.com - UK | Frappuccino.com | Outdoor chalkboard | Menu chalkboard with cups | YouTube video still 1 | Chalkboard "actual size" | Storefront window | YouTube still 2 |
|---|---|---|---|---|---|---|---|---|---|---|
| *Sexy Gazebo* | O | | O | | | O | C | | | |
| *Kites #1* | | O | | C | | | | O | O | |
| *Hands Across the Universe* | C | O | | O | O | | | | | |
| *The Universe* | | O | | O | C/O | | | | | |
| *The Universe II* | | O | | O | O | | | | | C |

Legend
O: Starbucks work is asserted to infringe the Hayuk work in Hayuk's opposition to Defendants' motion to dismiss
C: Starbucks work is asserted to infringe the Hayuk work in Hayuk's Complaint