**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MAYA HAYUK,

                Plaintiff,        15 **CIVIL** 4887 (LTS)

     -against-                      **JUDGMENT**

STARBUCKS CORPORATION and
72ANDSUNNY PARTNERS, LLC,
                Defendants.
-------------------------------------------------------------X

     Defendants having moved to dismiss the complaint (Doc. #22), arguing that, as a matter of law, Defendants' allegedly infringing works are not substantially similar to Plaintiff's works, and the matter having come before the Honorable Laura Taylor Swain, United States District Judge, and the Court, on January 12, 2016, having rendered its Memorandum Opinion and Order (Doc. #37) granting the Defendants' motion to dismiss the Complaint, and dismissing the Complaint in its entirety. The Memorandum Opinion and Order resolves docket entry number 22; and directing the Clerk of Court to enter judgment in Defendants' favor and close the case, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated January 12, 2016, the Defendants' motion to dismiss the Complaint is granted, and the Complaint is dismissed in its entirety. The Memorandum Opinion and Order resolves docket entry number 22; accordingly, the case is closed.

**Dated:**  New York, New York
          January 12, 2016

                                              **RUBY J. KRAJICK**

                                               _____
                                                 **Clerk of Court**
                           **BY:**    _K. Mango_____
                                                   **Deputy Clerk**