UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAYA HAYUK,<br><br>                    Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION and 72ANDSUNNY PARTNERS, LLC,<br><br>                    Defendants. | Civil Action No. 15-cv-04887-LTS<br><br>**NOTICE OF MOTION** |

    Please take notice that, upon this Notice of Motion and the accompanying Memorandum of Law, Plaintiff Maya Hayuk ("Hayuk") is moving this Court to alter or amend judgment pursuant to Federal Rule of Civil Procedure 59(e) and for reconsideration pursuant to Local Civil Rule 6.3.

    In accordance with Rule 2.b of this Court's Individual Practices Rules, Hayuk certifies that she has used her best efforts to resolve informally with Defendants the issues raised in this submission. However, the parties were unable to resolve the issues addressed in this motion.

Respectfully submitted,

Date: February 9, 2016

/s/ Aaron Y. Silverstein
Aaron Y. Silverstein
Rebecca S. Lessard
Saunders & Silverstein LLP
14 Cedar Street, Suite 224
Amesbury, MA 01913
P: 978-463-9100
asilverstein@massiplaw.com
rlessard@massiplaw.com

Andrew D. Epstein
Barker, Epstein & Loscocco
10 Winthrop Square, 2nd Floor
Boston, MA 02100
P: 617-482-4900
photolaw@aol.com

Attorneys for Plaintiff
Maya Hayuk

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2016, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be served via first-class mail to those indicated as non-registered participants.

    /s/ Aaron Y. Silverstein
    Aaron Y. Silverstein