# Exhibit A



**Frappuccino Visual Exploration
Summer 2015**
October 8, 2014



































